IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| BRIAN PRUDE | § | |
| v. | § | CIVIL ACTION NO. 9:09cv98 |
| DIRECTOR, TDCJ-CID | § | |

**MEMORANDUM ADOPTING REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**
**AND ENTERING FINAL JUDGMENT**

The Petitioner Brian Prude, proceeding *pro se*, filed this application for the writ of habeas corpus under 28 U.S.C. §2254 complaining of the legality of prison disciplinary action taken against him. This Court ordered that the case be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

Prude stated that he was convicted of the disciplinary offense of assaulting another inmate with a weapon. As punishment for this offense, he received 45 days of cell and commissary restrictions, 10 days of solitary confinement, reduction in classification status, and the loss of 364 days of good time credits.

Prude claimed in his petition that: (1) the charging officer gave a false statement; (2) Prude was the victim of the assault and is thus actually innocent of the charges against him; (3) the charging officer's false statement was supported by the false statement of another inmate and a lack of investigation; (4) the hearing officer's stated reason for punishment - that assault on an offender with a weapon will not be tolerated - supported the false statements; and (5) Prude was denied medical care for his injuries.

The Magistrate Judge ordered the Respondent to answer the petition. Prude has filed a response to the answer. The Respondent also furnished copies of the state court records, including a tape of the disciplinary hearing at issue.

After review of the pleadings and records, the Magistrate Judge issued a Report recommending that the petition be denied. The Magistrate Judge analyzed each of Prude's claims and concluded that he had not been denied due process with regard to any of the allegations which he raised. The Magistrate Judge also recommended that Prude be denied a certificate of appealability *sua sponte*.

Prude filed objections to the Magistrate Judge's Report on October 22, 2009. In his objections, Prude says that his "motion for discovery" was denied and that the Court did not allow for "his facts" to be proven, through such means as a use of force video tape and photographs, as well as witnesses to the medical treatment which he received.

As the Magistrate Judge correctly observed, the federal district court cannot re-try the prison disciplinary case *de novo*. Smith v. Rabelais, 659 F.2d 539, 545 (5th Cir. 1981). Prude's motions for discovery were denied prior to the filing of a responsive pleading, and Prude did not show good cause for the requiring of discovery in any event. Furthermore, as the Magistrate Judge said, in the context of prison disciplinary proceedings, the Constitution requires due process, not error-free decision-making. McCrae v. Hankins, 720 F.2d 863, 868 (5th Cir. 1983). Prude's pleadings and objections appear to be focused on his contention that the disciplinary hearing officer arrived at the wrong conclusion; he did not show and has not shown that he was denied the process which he was due under the Constitution of the United States. Prude's objections are without merit.

The Court has conducted a careful *de novo* review of the pleadings in this case, including the original petition and the Petitioner's motion for summary judgment, the answer filed by the Respondent, the Petitioner's response thereto, the Report of the Magistrate Judge, the Petitioner's objections thereto, the state court records, and all other pleadings, documents, and records in the

case. Upon such *de novo* review, the Court has concluded that the Report of the Magistrate Judge is correct and that the Petitioner's objections are without merit. It is accordingly

ORDERED that the Petitioner's objections are overruled and that the Report of the Magistrate Judge is hereby ADOPTED as the opinion of the District Court. It is further

ORDERED that the above-styled application for the writ of habeas corpus be and hereby is DISMISSED with prejudice. It is further

ORDERED that the Petitioner Brian Prude is hereby DENIED a certificate of appealability *sua sponte*. Finally, it is

ORDERED that any and all motions which may be pending in this action are hereby DENIED.

**SIGNED** this the **26** day of **October, 2009.**

_____
Thad Heartfield
United States District Judge